UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:20-cv-10771-LTS

EDWARD L. MANCHUR
*individually and on behalf of others similarly situated*
*Plaintiff,*

v.

SPIRIT AIRLINES, INC.
*Defendant*

CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

In accordance with the Court's Order of Transfer (CM/ECF No. 8) dated May 21, 2020, this case is hereby dismissed and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT COURT

May 21, 2020